IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRADFORD, | No. C 07-04747SI |
| Plaintiff, | **NOTICE** |
| v. | |
| EDWARD SEWON EHEE, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT a case management conference has been scheduled to occur on Friday, November 30, 2007, at 2:30 p.m. to be heard along with all of the related cases. A joint case management conference statement just be filed one week prior to the conference.

Please report to Courtroom #10, on the 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102

Dated: October 12, 2007                                             RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk