1  MINNIE LOO, Assistant U.S. Trustee
   (SBN 106613)
2  MARGARET H. MCGEE
   (SBN 142722)
3  MATTHEW R. KRETZER
   (SBN 157949)
4  LAURENT CHEN
   (SBN 191661)
5  U.S. DEPARTMENT OF JUSTICE
   Office of the United States Trustee
6  1301 Clay Street, Suite 690N
   Oakland, California  94612-5231
7  Telephone:  (510) 637-3200

8  Attorneys for Acting United States Trustee
   SARA L. KISTLER
9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12 SECURITIES AND EXCHANGE COMMISSION, )   **Case No. C 06-06966 SI**
                      Plaintiff,       )   Related Case Nos.:
13 v.                                  )   C 07-03995 SI; C 07-03996 SI;
                                       )   C 06-03997 SI
14 VIPER CAPITAL MANAGEMENT, LLC,      )
   COMPASS FUND MANAGEMENT, LLC, and   )
15 EDWARD SEWON EHEE,                  )
                      Defendants,      )
16 and                                 )
                                       )
17 COMPASS WEST FUND, LP,              )   Date:      30 November 2007
   VIPER FOUNDERS FUND, LP,            )   Time:      2:30 p.m.
18 VIPER INVESTMENTS, LP.,             )   Courtroom: 10
   ALBERT EHEE,                        )
19 ROBERT EHEE, and                    )
   JENNIFER EHEE,                      )
20                    Relief Defendants.)
                                       )
21 ─────────────────────────────────────   **Case No. C 07-03996 SI**
                                       )   (formerly Bankr. Case No. 07-40126 T)
22 In re                               )   related to:
                                       )   SEC's motion to withdraw reference
23 EDWARD SEWON EHEE,                  )   Case No. C 07-02508 SI
                      Debtor.          )
                                       )
24 ─────────────────────────────────────   **Case No. C 07-03995 SI**
                                       )   (formerly Bankr. Case No. 07-0129 T)
25 In re                               )   related to:
                                       )   SEC's motion to withdraw reference
26 COMPASS FUND MANAGEMENT, LLC,       )   Case No. C 07-02507 SI
                      Debtor.          )
                                       )
27 ─────────────────────────────────────   **Case No. C 07-03997 SI**
                                       )   (formerly Bankr. Case No. 07-0130 T)
28 In re                               )   related to:
                                       )   SEC's motion to withdraw reference
   COMPASS WEST FUND L.P.,             )   Case No. C 07-02509 SI
                      Debtor.          )
                                       )

Stipulated Administrative Order: 06-06966 and related cases

| | |
|---|---|
| AAG ROOSEVELT FUND, L.P.,<br>　　　　　　　Plaintiff,<br>v.<br>EDWARD SEWON EHEE,<br>COMPASS FUND MANAGEMENT, LLC,<br>COMPASS WEST FUND, LP,<br>VIPER CAPITAL MANAGEMENT, LLC,<br>VIPER FOUNDERS FUND, LP,<br>ROBERT EHEE,<br>ALBERT EHEE,<br>JENNIFER EHEE,<br>　　　　　　　Defendants. | **Case No. C 06-07270 SI**<br>(related to Case No. C 06-06996 SI<br>by order entered 9 Jan 2007 -<br>Notice of stay as to Debtor-<br>Defendants filed 9 Feb 2007) |
| KEVIN BRADFORD AND RICHARD GARMAN,<br>　　　　　　　Plaintiffs,<br>v.<br>EDWARD SEWON EHEE,<br>VIPER CAPITAL MANAGEMENT, LLC,<br>COMPASS FUND MANAGEMENT, LLC,<br>ROBERT EHEE,<br>ALBERT EHEE,<br>JENNIFER EHEE,<br>　　　　　　　Defendants. | **Case No. C 07-04747 SI**<br>(formerly SF Superior Court<br>Case No. CGC-07-462966)<br>Notice of Removal filed 14 Sep 2007<br>(related to Case No. C 06-06996 SI<br>and C 07-03996 SI by order entered<br>12 Oct 2007) |

## **STIPULATED ADMINISTRATIVE ORDER**

Whereas, the following three bankruptcy cases under title 11 of the United States Code are pending before this court:

**Case No. C 07-03996 SI** - Bankruptcy Case of *In re Edward Sewon Ehee*;

**Case No. C 07-03995 SI** - Bankruptcy Case of *In re Compass Fund Management, LLC*; and

**Case No. C 07-03997 SI** - Bankruptcy Case of *In re Compass West Fund LP*; and

Whereas, the status of the three bankruptcy cases are as follows:

**Case No. C 07-03996 SI** - Bankruptcy Case of *In re Edward Sewon Ehee*

| Name | Party | Counsel | | | |
|---|---|---|---|---|---|
| Edward Sewon Ehee | Debtor | James Wood | | | |
| Roosevelt Fund, LP | Petitioning Creditor | Christopher Desiderio | Richard Pedone | Paul Byrne | James Monroe |
| Sara L. Kistler | Acting U.S. Trustee | AUST Minnie Loo | Laurent Chen | | |

Pursuant to court order, documents related to this case have been filed in and under the related case of *SEC v. Viper Capital Management, LLC et al* C 06-06966 SI.

A trial on the contested involuntary petition in this bankruptcy case is set for 4 February 2008 (with a pretrial conference set for 22 January 2008).

**Case No. C 07-03995 SI** - Bankruptcy Case of *In re Compass Fund Management, LLC*

| Name | Party | Counsel | |
| --- | --- | --- | --- |
| Compass Fund Management, LLC | Debtor | | |
| Paul Mansdorf | Chapter 7 Trustee | Barry Milgrom | |
| Sara L. Kistler | Acting U.S. Trustee | AUST Minnie Loo | Laurent Chen |

Pursuant to court order, documents related to this case have been filed in and under the related case of *SEC v. Viper Capital Management, LLC et al* C 06-06966 SI.  Additionally, documents related to this case have also been filed in C 07-02507 SI (the case number assigned to SEC's motion to withdraw reference of the *In re Compass Fund Management, LLC* case).

During the pendency of this bankruptcy case in this court, the Acting U.S. Trustee appointed Paul Mansdorf as trustee for the estate of *In re Compass Fund Management, LLC*. Pursuant to Federal Rule of Bankruptcy Procedure[1] 2002(a), the Clerk:

> [S]hall give the debtor, the trustee, all creditors and all indenture trustees at least 20 days' notice by mail of:
> (1)    the meeting of creditors under § 341 . . . of the Code . . .

*See also* Official Bankruptcy Form B9 *Notice of Commencement of Case under the Bankruptcy Code, Meeting of Creditors, and Deadlines* issued by the Administrative Office of the United States Courts available at http://www.uscourts.gov/bkforms/index.html.

As this court has withdrawn the reference to the bankruptcy court of this case pursuant to 28 U.S.C. § 157, the Clerk of the District Court is responsible for providing the notice required by Federal Rule of Bankruptcy Procedure 2002(a).  The Acting U.S. Trustee, pursuant to 11

---

[1] Federal Rule of Bankruptcy Procedure 1001 provides:
The Bankruptcy Rules and Forms govern procedure in cases under title 11 of the United States Code . . .

U.S.C. § 341(a) has set the meeting of creditors for this case for 16 January 2008 at noon at the Oakland Federal Building, 1301 Clay St, Ste 680N, Oakland, California, 94612-5231.

The court has scheduled a status conference on this case for 1 February 2008.

**Case No. C 07-03997 SI** - Bankruptcy Case of *In re Compass West Fund LP*

| Name | Party | Counsel | |
| --- | --- | --- | --- |
| Compass West Fund LP | Debtor | | |
| Lois Brady | Trustee | Reidun Stromsheim | |
| Sara L. Kistler | Acting U.S. Trustee | AUST Minnie Loo | Laurent Chen |

Pursuant to court order, documents related to this case have been filed in and under the related case of *SEC v. Viper Capital Management, LLC et al* (Case No. C 06-06966 SI).

The court has scheduled a status conference on this case for 1 February 2008.

**Stipulation**

Now, the parties to this stipulated administrative order stipulate to the following:

1. The caption of case number C 07-03996 SI shall read: *In re Edward Sewon Ehee*. The case is a bankruptcy case: Edward Sewon Ehee is the "Debtor". Roosevelt Fund, LP is the "Petitioning Creditor". The SEC should be deleted as the "Plaintiff" and Edward Sewon Ehee should be deleted as the "Defendant".

2. All documents relating solely to the bankruptcy case of *In re Edward Sewon Ehee* that were filed under the related case of *SEC v. Viper Capital Management, LLC et al* (Case No. C 06-06996 SI) are deemed to be filed in *In re Edward Sewon Ehee* (Case No. C 07-03996 SI). Henceforth, all documents related solely to the bankruptcy case of *In re Edward Sewon Ehee* shall be filed only in *In re Edward Sewon Ehee* (Case No. C 07-03996 SI).

3. For ECF noticing purposes in *In re Edward Sewon Ehee* (Case No. C 07-03996 SI), the Clerk of the District Court shall designate as additional "interested parties" all of the parties who are or are represented by registered participants in the Court's ECF system who now appear as parties to any of the other cases to which this stipulation relates (*i.e.*,

Case Nos. C 06-06966 SI, C 06-07270 SI, C 07-04747 SI, C 07-03995 SI; C 06-03997 SI).

4. The caption of case number C 07-03995 SI shall read: *In re Compass Fund Management, LLC*. The case is a bankruptcy case: Compass Fund Management, LLC is the "Debtor". The SEC should be deleted as the "Plaintiff" and Compass Fund Management should be deleted as the "Defendant". The court has authorized the employment of Luce, Forward, Hamilton & Scripps LLP (attn: Barry Milgrom) as counsel for the trustee and that should be reflected in the docket of this case.

5. All documents relating solely to the bankruptcy case of *In re Compass Fund Management, LLC* that were filed under the related case of *SEC v. Viper Capital Management, LLC et al* (Case No. C 06-06996 SI) and under C 07-02507 SI (the case number assigned to SEC's motion to withdraw reference of the *In re Compass Fund Management, LLC* case) are deemed to be filed in *In re Compass Fund Management, LLC* (Case No. C 07-03995 SI). Henceforth, all documents related solely to the bankruptcy case of *In re Compass Fund Management, LLC* shall be filed only in *In re Compass Fund Management, LLC* (Case No. C 07-03995 SI).

6. The caption of case number C 07-03997 SI shall read: *In re Compass West Fund LP*. This case is a bankruptcy case: Compass West Fund LP is the "Debtor". The SEC should be deleted as the "Plaintiff" and Compass West Fund LP should be deleted as the "Defendant".

7. All documents relating solely to the bankruptcy case of *In re Compass West Fund LP* that were filed under the related case of *SEC v. Viper Capital Management, LLC et al* (Case No. C 06-06996 SI) are deemed to be filed in *In re Compass West Fund LP* (Case No. C 07-03997 SI). Henceforth, all documents related solely to the bankruptcy case of *In re Compass West Fund LP* shall be filed only in *In re Compass West Fund LP* (Case No. C 07-03997 SI).

8. The Clerk of the District Court shall forthwith send the notice required by Federal Rule of Bankruptcy Procedure 2002(a) of the meeting of creditors set for this case on 16 January

2008 at noon at the Oakland Federal Building, 1301 Clay St, Ste 680N, Oakland, California, 94612-5231.

Date: 7 December 2007

Respectfully submitted,

s/Minnie Loo
Minnie Loo
Assistant United States Trustee

Date: December 5, 2007

s/John S. Yun
John S. Yun
Attorney for Securities and Exchange Commission

Date: December 6, 2007

s/Richard Pedone
Richard Pedone
Attorney for Roosevelt Fund, L.P.

Date: December 7, 2007

s/Paul Byrne
Paul Byrne
Attorney for Roosevelt Fund, L.P.

Date: December 7, 2007

s/Ismail Ramsey
Ismail Ramsey
Attorney for Defendant Edward Ehee in
*SEC v. Viper Capital Management, LLC et al*
(C 06-06966 SI)

Date: 12-05-07

s/James Wood
James Wood
Attorney for Debtor Edward Ehee in
*In re Edward Sewon Ehee* (C 07-03996 SI)

Date: December 6, 2007

s/Eliot A. Adelson
Eliot Adelson
Attorney for Kevin Bradford and Richard Garman

Date: December 6, 2007

    s/Andrew K. Jacobson
Andrew Jacobson
Attorney for Jennifer Ehee

Date: December 6, 2007

    s/Thomas Mayhew
Thomas Mayhew
Attorney for Robert Ehee

Date: 12/5-07

    s/Reidun Stromsheim
Reidun Stromsheim,
Attorney for Lois Brady, trustee of
*In re Compass West Fund LP* (C 07-03997 SI)

Date: December 5, 2007

Luce, Forward, Hamilton & Scripps LLP

By:     s/Barry Milgrom
Barry Milgrom
Attorney for Paul Mansdorf, trustee of
*In re Compass Fund Management, LLC*
(C 07-03995 SI)

Pursuant to Stipulation, **IT IS SO ORDERED**.

*** END OF ORDER ***

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulated Administrative Order: 06-06966 and related cases