```
                     UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA


SECURITIES AND EXCHANGE        )
COMMISSION,,                   )
                               )     No. C06-6966 SI
        Plaintiff,             )
   v.                          )
                               )
VIPER CAPITAL MANAGEMENT,      )
LLC, COMPASS FUND              )
MANAGEMENT, LLC, and EDWARD    )
SEWON EHEE,                    )
                               )
        Defendants.            )
and                            )
                               )
COMPASS WEST FUND, LP, VIPER   )
FOUNDERS FUND, LP, VIPER       )
INVESTMENTS, LP, ALBERT        )
EHEE, ROBERT EHEE, JENNIFER    )
EHEE,                          )
        Relief Defendants.     )
_____)
In re: EDWARD SEWON EHEE,      )     No. C07-3996 SI
        Debtor.                )
                               )
_____)
In re: COMPASS FUND MGMT.,     )     No. C07-3995 SI
LLC,    Debtor.                )
                               )
_____)
In re: COMPASS WEST FUND,      )     No. C07-3997 SI
L.P.,   Debtor.                )
                               )
_____)
AAG ROOSEVELT FUND, L.P.,      )     No. C06-7270 SI
                               )
        Plaintiff,             )
   v.                          )
                               )
EDWARD SEWON EHEE, COMPASS     )
FUND MGMT., LLC, COMPASS       )
WEST FUND, LP, VIPER CAPITAL   )
MGMT., LLC, VIPER FOUNDERS     )
FUND, LP, ROBERT EHEE,         )
ALBERT EHEE, JENNIFER EHEE,    )
                               )
        Defendants.            )
_____)
```

1

| | |
|---|---|
| KEVIN BRADFORD and RICHARD GARMAN,<br>　　　　Plaintiffs,<br>v.<br><br>EDWARD SEWON EHEE, VIPER CAPITAL MGMT., LLC, COMPASS FUND MGMT., LLC, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE,<br>　　　　Defendants. | No. C07-4747 SI<br><br>**ORDER EXCUSING PERSONAL ATTENDANCE** |

　　Before the court is the request of Robert Ehee that he be excused from personally attending the settlement conference scheduled for January 28, 2008 at 9:00 a.m. No opposition was filed by any party. Good cause appearing, **IT IS ORDERED** that Robert Ehee's personal attendance is **excused** and that Mr. Ehee be available to participate by telephone beginning at 9:00 a.m. on January 28, 2008.

　　Rulings on the other requests to be excused from attending will be made once the settlement conference statements are lodged with the court.

Dated: January 14, 2008

　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　United States Bankruptcy Judge

G:\BZALL\-REFS\REFS.08\SEC.VIPER\ORDER EXCUSING PERSONAL ATTENDANCE.EHEE.wpd

2