IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRADFORD, | No. C 07-04747SI |
| Plaintiff, | **NOTICE** |
| v. | |
| EDWARD SEWON EHEE, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT counsel shall either file a request to remand this case back to the bankruptcy court or report to the court on **FRIDAY, APRIL 4, 2008, at 2:30 p.m.** for a further status conference. A joint status conference statement shall be filed one week prior to the conference.

Dated: March 12, 2008                                                            RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk