ANDREW K. JACOBSON (CSBN 148583)
Bay Oak Law
180 Grand Ave Ste 700
Oakland, California 94612
Telephone: (510) 208-5500
Facsimile: (510) 208-5511

Counsel for Defendant
Jennifer Ehee

James A. Lico, Bar No. 169017
jlico@kirkland.com
Eliot A. Adelson, Bar No. 205284
eadelson@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: 415-439-1400
Facsimile: 415-439-1500

Attorneys for Plaintiffs Bradford and Garman

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **Kevin Bradford (individually and as trustee for the Mackenzie Bradford Trust, the Madison Bradford Trust, the Gage Bradford Trust and the Morgan Bradford Trust) and Richard Garman,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Edward Sewon Ehee; Viper Capital Management, LLC; Compass Fund Management, LLC; Robert Ehee; Albert Ehee; Jennifer Ehee, and Does 1-20,**<br><br>**Defendants.** | CASE NO. C07-04747-SI<br><br>**JOINT STATUS REPORT**<br><br>Date: April 7, 2008<br>Time: 2:30pm<br>Honorable Susan Illston |

Plaintiffs Kevin Bradford (individually and as trustee for the Mackenzie Bradford Trust, the Madison Bradford Trust, the Gage Bradford Trust and the Morgan Bradford Trust) and Richard Garman, and defendant Jennifer Ehee (jointly, the "Active Parties"), hereby submit this Joint Status Report.

Defendants Jennifer Ehee and Albert Ehee are the only defendants that have been served in this action. Albert Ehee did not file an answer. Plaintiffs filed a request for entry of default, but before the hearing to prove up the default, this matter was removed by Jennifer Ehee to this court.

Other actions related to Edward Ehee were referred back to the Bankruptcy Court after a judgment was entered against Edward Ehee in C-06-06966 SI, *Securities and Exchange Commission v. Viper Capital Management, LLC, et alia*. However, this case was not referred back. There was a limited settlement in the *Roosevelt Fund v. Edward Ehee* action, C06-07270 against Edward Ehee.

The Active Parties respectfully suggest that the Court order this action stayed until the conclusion of the other actions that have been referred back to the Bankruptcy Court. The Active Parties hope that a resolution of the bankruptcy actions will remove the necessity of proceeding with this action.

Date: March 31, 2008          **Bay Oak Law Firm, APLC**

                              By:_____*s/Andrew K. Jaobson*_____
                                  Andrew K. Jacobson[1]
                                  Counsel for Defendant Jennifer Ehee

Date: March 31, 2008.         **Kirkland & Ellis**

                              By:_____*s/Eliot Adelson*_____
                                  Eliot Adelson
                                  Counsel for Plaintiffs Bradford & Garman

---

[1] I, Eliot Adelson, hereby attest, pursuant to General Order 45, Section X.B, that concurrence in the filing of the document has been obtained from the other signatory.

2

JOINT STATUS REPORT                                                    Case No. C07-04747-SI

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail registered e-mail addresses.

*/s/Adrienne J. Levin*