1 | James A. Lico, Bar No. 169017
jlico@kirkland.com
2 | Eliot A. Adelson, Bar No. 205284
eadelson@kirkland.com
3 | KIRKLAND & ELLIS LLP
555 California Street
4 | San Francisco, CA 94104
Telephone: 415-439-1400
5 | Facsimile: 415-439-1500

6 | Attorneys for Plaintiffs Bradford and Garman

7 | Andrew K. Jacobson, Bar No. 148583
andy@bayoaklaw.com
8 | Bay Oak Law
180 Grand Ave., Suite 700
9 | Oakland, CA 94612
Telephone: 510-208-5500
10 | Facsimile: 510-208-5511

11 | Attorney for Defendant Jennifer Ehee

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN BRADFORD (individually and as trustee for the Mackenzie Bradford Trust, that Gage Bradford Trust and the Morgan Bradford Trust) and RICHARD GARMAN,<br><br>Plaintiffs,<br><br>V.<br><br>EDWARD SEWON EHEE, VIPER CAPITAL MANAGEMENT, LLC; COMPASS FUND MANAGEMENT, LLC, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE and DOES 1-20.,<br><br>Defendants. | Case No. 3:07-CV-04747-SI<br><br>**JOINT MOTION TO STAY PROCEEDINGS** |

1       Plaintiffs Kevin Bradford (individually and as trustee for the Mackenzie Bradford Trust,
2  the Madison Bradford Trust, the Gage Bradford Trust and the Morgan Bradford Trust) and
3  Richard Garman, and defendant Jennifer Ehee (jointly, the "Active Parties"), hereby move the
4  Court to stay these proceedings.

5       Defendants Jennifer Ehee and Albert Ehee are the only defendants that have been served
6  in this action. Both were served when this matter was in the San Francisco Superior Court.
7  Albert Ehee did not file an answer. Plaintiffs filed a request for entry of default in San Francisco
8  Superior Court, but before the hearing to prove up the default, this matter was removed by
9  Jennifer Ehee to this Court.

10      On February 1, 2008 there was a limited settlement in *Roosevelt Fund v. Edward Ehee*,
11  C06-07270. On March 4, 2008 other related actions related to Edward Ehee were referred back
12  to the Bankruptcy Court after a judgment was entered against Edward Ehee in C-06-06966 SI,
13  *Securities and Exchange Commission v. Viper Capital Management, LLC, et alia*. This case was
14  not referred back.

15      The Active Parties respectfully suggest that the Court enter an order that this action stayed
16  until the conclusion of the actions that have been referred back to the Bankruptcy Court. The
17  Active Parties believe that a resolution of the bankruptcy actions may remove the necessity of
18  proceeding with this action.

19
20
21
22
23
24
25
26
27
28

JOINT MOTION TO STAY PROCEEDINGS                                      CASE NO. C07-04747 SI

1  Dated: April 4, 2008								Respectfully submitted,

2											Kirkland & Ellis LLP

3

4											By:   */s/ Eliot A. Adelson*
												James A. Lico
5												Eliot A. Adelson
												Attorneys for Plaintiffs
6												BRADFORD AND GARMAN

7

8  Dated: April 4, 2008								Bay Oak Law

9

10											By:   */s/ Andrew K. Jacobson*
												Andrew K. Jacobson [1]
11												Attorney for Defendant
												JENNIFER EHEE

12

---

[1] I, Eliot Adelson, hereby attest, pursuant to General Order 45, Section X.B, that concurrence in the filing of the document has been obtained from the other signatory.

JOINT MOTION TO STAY PROCEEDINGS						CASE NO. C07-04747 SI

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail address registered, as denoted on the attached Electronic Mail Notice List.

*/s /Adrienne J. Levin*

**ELECTRONIC MAIL NOTICE LIST**

Counsel for Plaintiffs

James A. Lico
jlico@kirkland.com

Eliot A. Adelson
eadelson@kirkland.com

Counsel for Defendant Jennifer Ehee

Andrew K. Jacobson
andy@bayoaklaw.com

JOINT MOTION TO STAY PROCEEDINGS                CASE NO. C07-04747 SI