1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  | KEVIN BRADFORD (individually and | Case No. 3:07-CV-04747-SI |

as trustee for the Mackenzie Bradford

13  Trust, that Gage Bradford Trust and the     **(PROPOSED) ORDER ON JOINT**
Morgan Bradford Trust) and RICHARD           **REQUEST TO STAY PROCEEDINGS**

14  GARMAN,

15  Plaintiffs,

16  V.

17  EDWARD SEWON EHEE, VIPER
CAPITAL MANAGEMENT, LLC;

18  COMPASS FUND MANAGEMENT,
LLC, ROBERT EHEE, ALBERT EHEE,

19  JENNIFER EHEE and DOES 1-20.,

20  Defendants.

21

22

23

24

25

26

27

28

**(PROPOSED) ORDER ON JOINT**
**REQUEST TO STAY PROCEEDINGS**                           CASE NO. C07-04747 SI

1    It is hereby ORDERED that this action is stayed pending resolution of In re Edward

2    Sewon Ehee, No. C07-3996-SI.  A status conference is scheduled for _____.

3

4

5

6    _____
     Honorable Susan Illston

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**(PROPOSED) ORDER ON JOINT**
**REQUEST TO STAY PROCEEDINGS**                                    CASE NO. C07-04747 SI