IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN BRADFORD (individually and as trustee for the Mackenzie Bradford Trust, that Gage Bradford Trust and the Morgan Bradford Trust) and RICHARD GARMAN,<br><br>Plaintiffs,<br><br>V.<br><br>EDWARD SEWON EHEE, VIPER CAPITAL MANAGEMENT, LLC; COMPASS FUND MANAGEMENT, LLC, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE and DOES 1-20.,<br><br>Defendants. | Case No. 3:07-CV-04747-SI<br><br>**(PROPOSED) ORDER ON JOINT REQUEST TO STAY PROCEEDINGS** |

**(PROPOSED) ORDER ON JOINT REQUEST TO STAY PROCEEDINGS**

CASE NO. C07-04747 SI

1    It is hereby ORDERED that this action is stayed pending resolution of In re Edward

2  Sewon Ehee, No. C07-3996-SI.  A status conference is scheduled for  6/6/08 @ 2:30 p.m. .

*[Signature: Susan Illston]*

_____
Honorable Susan Illston

**(PROPOSED) ORDER ON JOINT
REQUEST TO STAY PROCEEDINGS**                          CASE NO. C07-04747 SI