James A. Lico, Bar No. 169017
jlico@kirkland.com
Eliot A. Adelson, Bar No. 205284
eadelson@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: 415-439-1400
Facsimile: 415-439-1500

Attorneys for Plaintiffs Bradford and Garman

Andrew K. Jacobson, Bar No. 148583
andy@bayoaklaw.com
Bay Oak Law
180 Grand Ave., Suite 700
Oakland, CA 94612
Telephone: 510-208-5500
Facsimile: 510-208-5511

Attorney for Defendant Jennifer Ehee

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN BRADFORD (individually and as trustee for the Mackenzie Bradford Trust, that Gage Bradford Trust and the Morgan Bradford Trust) and RICHARD GARMAN,<br><br>Plaintiffs,<br><br>V.<br><br>EDWARD SEWON EHEE, VIPER CAPITAL MANAGEMENT, LLC; COMPASS FUND MANAGEMENT, LLC, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE and DOES 1-20.,<br><br>Defendants. | Case No. 3:07-CV-04747-SI<br><br>**JOINT MOTION TO CONTINUE JUNE 6, 2008 STATUS CONFERENCE** |

Plaintiffs Kevin Bradford (individually and as trustee for the Mackenzie Bradford Trust, the Madison Bradford Trust, the Gage Bradford Trust and the Morgan Bradford Trust) and Richard Garman, and defendant Jennifer Ehee (jointly, the "Active Parties"), hereby move the Court to continue the June 6, 2006 status conference for at least three months.

On February 1, 2008 there was a limited settlement in *Roosevelt Fund v. Edward Ehee*, C06-07270. On March 4, 2008, other related actions related to Edward Ehee were referred back to the Bankruptcy Court after a judgment was entered against Edward Ehee in C-06-06966 SI, *Securities and Exchange Commission v. Viper Capital Management, LLC, et alia*. This case was not referred back. On April 7, 2008, the Court entered an order that this action is stayed until the conclusion of the actions that have been referred back to the Bankruptcy Court.

Since April 7, there has been little, if any, action in the matters referred back to the Bankruptcy Court. So the Active Parties request that the Court continue the June 6 status conference for at least three months.

Dated: May 29, 2008

Respectfully submitted,

Kirkland & Ellis LLP

By: */s/ Eliot A. Adelson*
    James A. Lico
    Eliot A. Adelson
    Attorneys for Plaintiffs
    BRADFORD AND GARMAN

Dated: May 29, 2008

Bay Oak Law

By: */s/ Andrew K. Jacobson*
    Andrew K. Jacobson [1]
    Attorney for Defendant
    JENNIFER EHEE

---

[1] I, Eliot Adelson, hereby attest, pursuant to General Order 45, Section X.B, that concurrence in the filing of the document has been obtained from the other signatory.

JOINT MOTION TO CONTINUE STATUS
CONFERENCE

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail address registered, as denoted on the attached Electronic Mail Notice List.

*/s / Eliot A. Adelson*

JOINT MOTION TO CONTINUE STATUS
CONFERENCE

**ELECTRONIC MAIL NOTICE LIST**

Counsel for Plaintiffs

James A. Lico
jlico@kirkland.com

Eliot A. Adelson
eadelson@kirkland.com

Counsel for Defendant Jennifer Ehee

Andrew K. Jacobson
andy@bayoaklaw.com

JOINT MOTION TO CONTINUE STATUS CONFERENCE