IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN BRADFORD (individually and as trustee for the Mackenzie Bradford Trust, that Gage Bradford Trust and the Morgan Bradford Trust) and RICHARD GARMAN,<br><br>Plaintiffs,<br><br>V.<br><br>EDWARD SEWON EHEE, VIPER CAPITAL MANAGEMENT, LLC; COMPASS FUND MANAGEMENT, LLC, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE and DOES 1-20.,<br><br>Defendants. | Case No. 3:07-CV-04747-SI<br><br>**(PROPOSED) ORDER ON JOINT MOTION TO CONTINUE STATUS CONFERENCE** |

**CASE MANAGEMENT ORDER**

The Court hereby ORDERS the case management conference currently set for June 6, 2008 taken off calendar. The next case management conference is set for _____, 2008.

Dated: _____     _____
                              The Honorable Susan Illston

(PROPOSED) ORDER ON JOINT MOTION
TO CONTINUE STATUS CONFERENCE                    CASE NO. C07-04747 SI

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail address registered, as denoted on the attached Electronic Mail Notice List.

*/s / Eliot A. Adelson*

PROOF OF SERVICE                                                                                                    CASE NO. C07-04747 SI

**ELECTRONIC MAIL NOTICE LIST**

<u>Counsel for Plaintiffs</u>

James A. Lico
jlico@kirkland.com

Eliot A. Adelson
eadelson@kirkland.com

<u>Counsel for Defendant Jennifer Ehee</u>

Andrew K. Jacobson
andy@bayoaklaw.com

PROOF OF SERVICE                                              CASE NO. C07-04747 SI