# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN BRADFORD (individually and as trustee for the Mackenzie Bradford Trust, that Gage Bradford Trust and the Morgan Bradford Trust) and RICHARD GARMAN,<br><br>Plaintiffs,<br><br>V.<br><br>EDWARD SEWON EHEE, VIPER CAPITAL MANAGEMENT, LLC; COMPASS FUND MANAGEMENT, LLC, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE and DOES 1-20.,<br><br>Defendants. | Case No. 3:07-CV-04747-SI<br><br>**(PROPOSED) ORDER ON JOINT MOTION TO CONTINUE STATUS CONFERENCE** |

**CASE MANAGEMENT ORDER**

The Court hereby ORDERS the case management conference currently set for June 6, 2008 taken off calendar. The next case management conference is set for 8/29/08, 2008.

Dated: _______________

The Honorable Susan Illston

(PROPOSED) ORDER ON JOINT MOTION TO CONTINUE STATUS CONFERENCE

CASE NO. C07-04747 SI

1 **<u>CERTIFICATE OF SERVICE</u>**

3    I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail address registered, as denoted on the attached Electronic Mail Notice List.

*/s / Eliot A. Adelson*

PROOF OF SERVICE                                                                                         CASE NO. C07-04747 SI

1 **ELECTRONIC MAIL NOTICE LIST**

3   Counsel for Plaintiffs

4   James A. Lico
    jlico@kirkland.com

6   Eliot A. Adelson
    eadelson@kirkland.com

8   Counsel for Defendant Jennifer Ehee

9   Andrew K. Jacobson
    andy@bayoaklaw.com

PROOF OF SERVICE                                CASE NO. C07-04747 SI