Henry G. Wykowski (State Bar No. 068255)
HENRY G. WYKOWSKI & ASSOCIATES
235 Montgomery Street, Suite 657
San Francisco, CA 94104
Telephone: (415) 788-4545
Facsimile: (415) 788-4546

RECEIVED
08 JUL -2 PM 12: 26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiffs KEVIN BRADFORD and RICHARD GARMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN BRADFORD (individually and as trustee for the Mackenzie Bradford Trust, the Gage Bradford Trust, the Madison Bradford Trust, and the Morgan Bradford Trust) and RICHARD GARMAN,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD SEWON EHEE, VIPER CAPITAL MANAGEMENT, LLC; COMPASS FUND MANAGEMENT, LLC, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE AND DOES 1-20.,<br><br>Defendant. | Case No. 3:07-CV-04747-SI<br><br>**REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |

Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413, facsimile number 415.439.1500.

All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at

Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104, telephone number (415) 788-4545, facsimile number (415) 788-4546.

Dated: 6/17/08

KEVIN BRADFORD

Dated: ____________________

RICHARD GARMAN

I accept this substitution of attorney.

Dated: June 24, 2008

HENRY G. WYKOWSKI & ASSOCIATES

Henry G. Wykowski
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

I consent to the above substitution of attorney.

Dated: ____________________

KIRKLAND & ELLIS, LLP

Eliot A. Adelson
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104, telephone number (415) 788-4545, facsimile number (415) 788-4546.

Dated: __________________

KEVIN BRADFORD

Dated: 6-24-08

RICHARD GARMAN

I accept this substitution of attorney.

Dated: __________________

HENRY G. WYKOWSKI & ASSOCIATES

Henry G. Wykowski
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

I consent to the above substitution of attorney.

Dated: __________________

KIRKLAND & ELLIS, LLP

Eliot A. Adelson
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104, telephone number (415) 788-4545, facsimile number (415) 788-4546.

Dated: ____________________

KEVIN BRADFORD

Dated: 6-24-08

RICHARD GARMAN

I accept this substitution of attorney.

Dated: ____________________

HENRY G. WYKOWSKI & ASSOCIATES

Henry G. Wykowski
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

I consent to the above substitution of attorney.

Dated: 6/25/08

KIRKLAND & ELLIS, LLP

Eliot A. Adelson
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

**ORDER**

The foregoing substitution of attorneys is authorized by the Court.

IT IS SO ORDERED.

Dated: ______________________________

______________________________
SUSAN ILLSTON
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail address registered, as denoted on the below Electronic Mail Notice List.

Jason P. Clark

## ELECTRONIC MAIL NOTICE LIST

Former Counsel for Plaintiffs

James A. Lico
Kirkland & Ellis LLP
27th Floor
555 California Street
San Francisco, CA 94104
jlico@kirkland.com

Eliot A. Adelson
Kirkland & Ellis LLP
27th Floor
555 California Street
San Francisco, CA 94104
eadelson@kirkland.com

Counsel for Defendant Jennifer Ehee

Andrew K. Jacobson
Bay Oak Law Firm
180 Grand Ave Ste 700
Oakland, CA, 94612
andy@bayoaklaw.com