Henry G. Wykowski (State Bar No. 068255)
HENRY G. WYKOWSKI & ASSOCIATES
235 Montgomery Street, Suite 657
San Francisco, CA 94104
Telephone: (415) 788-4545
Facsimile: (415) 788-4546

RECEIVED
08 JUL -2 PM 12:26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiffs KEVIN BRADFORD
and RICHARD GARMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KEVIN BRADFORD (individually and as trustee for the Mackenzie Bradford Trust, the Gage Bradford Trust, the Madison Bradford Trust, and the Morgan Bradford Trust) and RICHARD GARMAN,

Plaintiffs,

v.

EDWARD SEWON EHEE, VIPER CAPITAL MANAGEMENT, LLC; COMPASS FUND MANAGEMENT, LLC, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE AND DOES 1-20.,

Defendant.

Case No. 3:07-CV-04747-SI

**REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**

Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413, facsimile number 415.439.1500.

All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at

Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104, telephone number (415) 788-4545, facsimile number (415) 788-4546.

Dated: 6/17/08

KEVIN BRADFORD

Dated: ____________________

RICHARD GARMAN

I accept this substitution of attorney.

Dated: June 24, 2008

HENRY G. WYKOWSKI & ASSOCIATES

Henry G. Wykowski
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

I consent to the above substitution of attorney.

Dated: ____________________

KIRKLAND & ELLIS, LLP

Eliot A. Adelson
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104, telephone number (415) 788-4545, facsimile number (415) 788-4546.

Dated: ____________________

____________________
KEVIN BRADFORD

Dated: 6-24-08

____________________
RICHARD GARMAN

I accept this substitution of attorney.

Dated: ____________________ HENRY G. WYKOWSKI & ASSOCIATES

____________________
Henry G. Wykowski
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

I consent to the above substitution of attorney.

Dated: ____________________ KIRKLAND & ELLIS, LLP

____________________
Eliot A. Adelson
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104, telephone number (415) 788-4545, facsimile number (415) 788-4546.

Dated: ______________________

KEVIN BRADFORD

Dated: 6-24-08

RICHARD GARMAN

I accept this substitution of attorney.

Dated: ______________________

HENRY G. WYKOWSKI & ASSOCIATES

Henry G. Wykowski
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

I consent to the above substitution of attorney.

Dated: 6/25/08

KIRKLAND & ELLIS, LLP

Eliot A. Adelson
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

**ORDER**

The foregoing substitution of attorneys is authorized by the Court.

IT IS SO ORDERED.

Dated: ______________________

______________________
SUSAN ILLSTON
United States District Judge

-3-

NOTICE OF SUBSTITUTION OF COUNSEL Case No. 3:07-CV-04747-SI

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail address registered, as denoted on the below Electronic Mail Notice List.

______________________________
Jason P. Clark

**ELECTRONIC MAIL NOTICE LIST**

Former Counsel for Plaintiffs

James A. Lico
Kirkland & Ellis LLP
27th Floor
555 California Street
San Francisco, CA 94104
jlico@kirkland.com

Eliot A. Adelson
Kirkland & Ellis LLP
27th Floor
555 California Street
San Francisco, CA 94104
eadelson@kirkland.com

Counsel for Defendant Jennifer Ehee

Andrew K. Jacobson
Bay Oak Law Firm
180 Grand Ave Ste 700
Oakland, CA, 94612
andy@bayoaklaw.com