Henry G. Wykowski (State Bar No. 068255)
HENRY G. WYKOWSKI & ASSOCIATES
235 Montgomery Street, Suite 657
San Francisco, CA 94104
Telephone: (415) 788-4545
Facsimile: (415) 788-4546

Attorneys for Messrs. KEVIN BRADFORD
and RICHARD GARMAN

RECEIVED
08 JUL -2 PM 12:28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>VIPER CAPITAL MANAGEMENT, LLC, et. al.,<br><br>Defendants,<br><br>and<br><br>COMPASS WEST FUND, et al.,<br><br>Relief Defendants. | Case No. No. 06-06966 SI<br><br>(Related to Case Nos.<br>C 07-03996 SI;<br>C 07-03995 SI;<br>C 07-03997 SI)<br><br>**REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |
| In re:<br><br>EDWARD SEWON EHEE,<br><br>Debtor. | **Case No. C 07-03996 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02508 SI) |
| In re:<br><br>COMPASS FUND MANAGEMENT, LLC,<br><br>Debtor. | **Case No. C 07-03995 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02507 SI) |
| In re:<br><br>COMPASS WEST FUND, L.P.,<br><br>Debtor. | **Case No. C 07-03997 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02509 SI) |

-1-

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER         Case No. 06-06966 SI

Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413, facsimile number 415.439.1500.

All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104, telephone number (415) 788-4545, facsimile number (415) 788-4546.

Dated: _____        _____
                                       KEVIN BRADFORD

Dated: _____        _____
                                       RICHARD GARMAN

I accept this substitution of attorney.

Dated: _____        HENRY G. WYKOWSKI & ASSOCIATES

                                       _____
                                       Henry G. Wykowski
                                       Attorneys for Plaintiffs
                                       KEVIN BRADFORD and RICHARD GARMAN

I consent to the above substitution of attorney.

Dated: _____        KIRKLAND & ELLIS, LLP

                                       _____
                                       Eliot A. Adelson
                                       Attorneys for Plaintiffs
                                       KEVIN BRADFORD and RICHARD GARMAN

-2-

Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413, facsimile number 415.439.1500.

All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104, telephone number (415) 788-4545, facsimile number (415) 788-4546.

Dated: 6/17/08

_____
KEVIN BRADFORD

Dated: _____

_____
RICHARD GARMAN

I accept this substitution of attorney.

Dated: June 24, 2008

HENRY G. WYKOWSKI & ASSOCIATES

_____
Henry G. Wykowski
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

I consent to the above substitution of attorney.

Dated: _____

KIRKLAND & ELLIS, LLP

_____
Eliot A. Adelson
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

-2-

1   Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski
2   & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th
3   Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413,
4   facsimile number 415.439.1500.
5
6   All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at
7   Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104,
8   telephone number (415) 788-4545, facsimile number (415) 788-4546.
9
10  Dated: 6/17/08                                    _____
11                                                   KEVIN BRADFORD
12
13  Dated: _____                     _____
14                                                   RICHARD GARMAN
15  I accept this substitution of attorney.
16
17  Dated: June 24, 2008                             HENRY G. WYKOWSKI & ASSOCIATES
18
19                                                   _____
20                                                   Henry G. Wykowski
21                                                   Attorneys for Plaintiffs
                                                     KEVIN BRADFORD and RICHARD GARMAN
22
23  I consent to the above substitution of attorney.
24  Dated: 6/25/08                                   KIRKLAND & ELLIS, LLP
25
26
27                                                   _____
                                                     Eliot A. Adelson
28                                                   Attorneys for Plaintiffs
                                                     KEVIN BRADFORD and RICHARD GARMAN

-2-

## ORDER

The foregoing substitution of attorneys is authorized by the Court.

IT IS SO ORDERED.

Dated: _____

_____
SUSAN ILLSTON
United States District Judge

# PROOF OF SERVICE

I, Jason P. Clark, am a citizen of the United States, over 18 years of age and not a party to this action. My business address is Wykowski & Associates, 235 Montgomery Street Suite 657, San Francisco, CA 94104. On June 13, 2008, I served the following documents:

**REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**

I served true and correct copies via U.S. MAIL addressed to the following:

SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone: (41 5) 705-2500

Albert Ehee
8449 Canterberry Dr.
Burr Ridge, IL 60527-6954
Pro se relief defendant

Jennifer Ehee
6122 Acacia Ave.
Oakland, CA 94618-18 19
Pro se relief defendant

Laurent Chen, Esq.
U.S. Dept. of Justice
Office of the U.S. Trustee
1301 Clay St., Suite 690n
Oakland, CA 94612-5231

eCast Settlement Corporation
P.O. Box 35480
Newark, NJ 07193-5480
Request for Special Notice in Bankruptcy Case

Gilbert B. Weisman
Becket and Lee
P.O. Box 3001
Malvern, PA 19355-0701
Request for special notice in bankruptcy case

Reidun Stromsheim
Law Offices of Reidun Stromsheim
201 California St., Ste. 350
San Francisco, CA 94111-5936
Counsel for Trustee Lois I. Brady

Alan S. Wolf, Esq.
The Wolf Firm, A Law Corporation
38 Corporate Park
Irvine, CA 92606-5105
Counsel for EMC Mortgage Corporation

-4-

///

Barry Milgram, Esq.
Luce Forward, et al. LLP
121 Spear St., Suite 300
San Francisco, CA 94105-1582
Counsel for Trustee Paul Jordan Mansdorf

Paul J. Byrne, Esq.
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
Counsel for Creditor, Roosevelt Fund, L.P.

Betty Ferrero
800 Mainberry Drive. #505
Madera, CA 93637-3325

Richard Garman
1 Madrona Street
Belvedere, CA 94920
Unsecured creditor list

Tae Noh
6594 Gillis Drive
San Jose, CA 95120-4625
Unsecured creditor list

Ozcar Multi Strategies LLC
787 Seventh Avenue, 3rd Floor
New York, NY 10019-6146
Unsecured creditor list

Labor Commissioner
1515 Clay St., Room 801
Oakland, CA 94612-1463
Gov. agency notified in all bankruptcy cases

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94 102-3495
Gov. agency notified in all bankruptcy cases

State Board of Equalization
Collection Dept.
P.O. Box 942879-000 1
Sacramento, CA 94279-0001
Gov. agency notified in all bankruptcy cases

Joong M. Yang
1920 Arrowhead Drive
Oakland, CA 94611-1461
Secured lender subject to 363(f) sale in Ehee bankruptcy case

-5-

1  ///
2  USBC Manager
   United States Bankruptcy Court
3  1300 Clay Street
   P.O. Box 2070
4  Oakland, CA 94612-2070

5  Judge Leslie Tchaikovsky
   United States Bankruptcy Court
6  1300 Clay Street
   P.O. Box 2070
7  Oakland, CA 94612-2070

8
       I declare under penalty of perjury that the foregoing is true and correct. Executed at San
9  Francisco, California on June 13, 2008..

10

11                                                      _____
                                                              Jason P. Clark
12