1  ANDREW K JACOBSON (CSBN 148583)
   BAY OAK LAW
2  180 Grand Ave Ste 700
   Oakland, California  94612
3  Telephone: 1-510-208-5500
   Facsimile:  1-510-208-5511
4
   Counsel for Defendant
5  Jennifer Ehee

6  HENRY G WYKOWSKI (CSBN 68255)
   JASON P CLARK (CSBN 252490)
7  WYKOWSKI & ASSOCIATES
   235 Montgomery St #657
8  San Francisco, CA 94104
   Telephone: 1-415-788-4545
9  Facsimile:  1-415-788-4546

10 Counsel for Plaintiffs

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

| **KEVIN BRADFORD (INDIVIDUALLY AND AS TRUSTEE FOR THE MACKENZIE BRADFORD TRUST, THE MADISON BRADFORD TRUST, THE GAGE BRADFORD TRUST AND THE MORGAN BRADFORD TRUST) AND RICHARD GARMAN,** | Case No. **C07-04747-SI** |
|---|---|
| **PLAINTIFFS,** | **JOINT STATUS REPORT BY PLAINTIFFS AND JENNIFER EHEE AND REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |
| v. | DATE:  AUGUST 29, 2008<br>TIME:  2:30 PM<br>PLACE: COURTROOM 10, 19TH FLOOR |
| **EDWARD SEWON EHEE; VIPER CAPITAL MANAGEMENT, LLC; COMPASS FUND MANAGEMENT, LLC; ROBERT EHEE; ALBERT EHEE; JENNIFER EHEE, AND DOES 1-20,** | |
| **DEFENDANTS.** | |

        Plaintiffs Kevin Bradford (individually and as trustee for the Mackenzie Bradford Trust, the Madison Bradford Trust, the Gage Bradford Trust and the Morgan Bradford Trust) and Richard Garman, and defendant Jennifer Ehee (jointly, the "Active Parties"), hereby submit this Joint Status Report.

        Defendant Jennifer Ehee is the only defendant that has been served in this action

-1-
_____
**JOINT STATUS REPORT & REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**

1  to date.  Other actions related to Edward Ehee were referred back to the Bankruptcy
2  Court after a judgment was entered against Edward Ehee in C-06-06966 SI, *Securities*
3  *and Exchange Commission v. Viper Capital Management, LLC, et alia*.  However, this
4  case was not referred back.  On February 1, 2008, there was a limited settlement in the
5  *Roosevelt Fund v. Edward Ehee* action, C06-07270 against Edward Ehee.  On March 4,
6  2008, other related actions related to Edward Ehee were referred back to the Bankruptcy
7  Court after a judgment was entered against Edward Ehee in C-06-06966 SI, *Securities*
8  *and Exchange Commission v. Viper Capital Management, LLC, et alia*.  The instant case
9  was not referred back.  On April 7, 2008, the Court entered an order that this action is
10 stayed until the conclusion of the actions that have been referred back to the Bankruptcy
11 Court.  Since that order, there has been little, if any, action in the matters referred back to
12 the Bankruptcy Court.  A June 6th status conference was continued to August 29th.

The Active Parties respectfully suggest that the Court continue the August 29th status conference for at least four, and preferably six, months.

Date: August 21, 2008                **BAY OAK LAW FIRM, APLC**


                                     By:   /s/ Andrew K Jacobson
                                           ANDREW K. JACOBSON
                                           Counsel for Defendant Jennifer Ehee

Date: August 21, 2008                **WYKOWSKI & ASSOCIATES**


                                     By:   /s/ Jason P Clark
                                           HENRY G WYKOWSKI
                                           JASON P CLARK[1]
                                           Counsel for Plaintiffs Bradford & Garmen

---

[1] I, Andrew K Jacobson hereby attest that, pursuant to General Order 45, Sec. X.B., concurrence in the filing of this document has been obtained from Mr. Clark.

-2-

**JOINT STATUS REPORT & REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**

## Certificate of Service

I, Andrew K Jacobson, hereby certify that on August 21, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the e-mail address registered on the Electronic Mail Notice List below.

            /s/   Andrew K Jacobson

Counsel for Plaintiffs

HENRY G WYKOWSKI

JASON P CLARK

hgw@wykowskilaw.com

Counsel for Defendant Jennifer Ehee

ANDREW K JACOBSON

andy@bayoaklaw.com

