| | |
|---|---|
| 1 | Henry G. Wykowski (State Bar No. 068255) |
| | HENRY G. WYKOWSKI & ASSOCIATES |
| 2 | 235 Montgomery Street, Suite 657 |
| | San Francisco, CA 94104 |
| 3 | Telephone: (415) 788-4545 |
| | Facsimile: (415) 788-4546 |
| 4 | |
| 5 | Attorneys for Plaintiffs KEVIN BRADFORD and RICHARD GARMAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN BRADFORD (individually and as trustee for the Mackenzie Bradford Trust, the Gage Bradford Trust, the Madison Bradford Trust, and the Morgan Bradford Trust) and RICHARD GARMAN, | Case No. 3:07-CV-04747-SI |
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| v. | |
| EDWARD SEWON EHEE, VIPER CAPITAL MANAGEMENT, LLC; COMPASS FUND MANAGEMENT, LLC, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE AND DOES 1-20., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

---

[1] I, Henry G. Wykowski hereby attest that, pursuant to General Order 45, Sec. X.B., concurrence in the filing of this document has been obtained from Mr. Jacobson.

-1-

|   |   |   |
|---|---|---|
|   |   | HENRY G. WYKOWSKI & ASSOCIATES |
| Dated: May 11, 2009 | By: | /s/ *Henry G. Wykowski* <br> HENRY G. WYKOWSKI <br> *Attorney for Plaintiffs* <br> KEVIN BRADFORD and <br> RICHARD GARMAN |
|   |   | BAY OAK LAW FIRM, APLC |
| Dated: May 11, 2009 | By: | /s/ *Andrew K. Jacobson* <br> ANDREW K. JACOBSON <br> *Attorney for Defendant* <br> JENNIFER EHEE |

IT IS SO ORDERED

*Judge Susan Illston*

-2-

NOTICE OF SUBSTITUTION OF COUNSEL      Case No. 3:07-CV-04747-SI

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail address registered, as denoted on the below Electronic Mail Notice List.

                                              /s/ *Chris Wood*
                                               Chris Wood

## ELECTRONIC MAIL NOTICE LIST

Counsel for Defendant Jennifer Ehee

Andrew K. Jacobson
Bay Oak Law Firm
180 Grand Ave Ste 700
Oakland, CA, 94612
**andy@bayoaklaw.com**


Counsel for Plaintiffs Kevin Bradford and Richard Garman

Henry G. Wykowski
Henry G. Wykowski & Associates
235 Montogmery St., Suite 657
San Francisco, CA 94104
HGW@wykowskilaw.com

-3-

NOTICE OF SUBSTITUTION OF COUNSEL                                       Case No. 3:07-CV-04747-SI